# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00119-CV

**Patrick Quigley, Appellant**

**v.**

**Jeffrey Langle, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**NO. C-1-CV-15-000342, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On May 1, 2015, this Court sent notice to Patrick Quigley that the clerk's record was overdue and that this Court had received notice from the Travis County clerk's office that no payment had been received or arrangements made for payment for the clerk's record. This Court requested that Quigley make arrangements for the record and submit a status report. Quigley also was notified that his appeal would be dismissed for want of prosecution if he did respond to this Court by May 11, 2015. To date, Quigley has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   May 22, 2015